tional hearing and the predispositional and probation update reports prepared in conjunction with that hearing establish that respondent's home environment was "toxic" and he suffered from mental health issues that required treatment. In addition, the update to the original report indicated that respondent had recently been staying with a family friend who had known him since birth, that the friend had petitioned for custody of respondent, and that there had been no new arrests during that time. The update also indicated that the friend was able to devote significant time to supervising respondent, and that the friend resided with a woman who managed a residential home. In addition, both the family friend and the woman with whom he lived testified at the dispositional hearing that they could help with respondent's supervision. Consequently, "we agree with [respondent] that the court erred in failing to consider the least restrictive available alternative in fashioning an appropriate dispositional order" (*Matter of Nicolette R.*, 9 AD3d 270, 271 [2004], *lv denied* 3 NY3d 610 [2004]). We therefore modify the order by vacating the disposition and, in light of the lapse of time since the order was entered, we remit the matter to Family Court for a new dispositional hearing. Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of JACOB A.T., a Person Alleged to Be a Juvenile Delinquent, Appellant. YATES COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [4 NYS3d 571]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered May 12, 2014 in a proceeding pursuant to Family Court Act article 3. The order, among other things, adjudged that respondent is a juvenile delinquent and placed him in the custody of the Yates County Department of Social Services for a period of 12 months.

It is hereby ordered that the order so appealed from is unanimously modified on the law by vacating the disposition and as modified the order is affirmed without costs and the matter is remitted to Family Court, Yates County, for further proceedings in accordance with the same memorandum as in *Matter of Jacob A.T.* ([appeal No. 1] 126 AD3d 1550 [2015]). Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of JACOB A.T., a Person Alleged to be a Juvenile Delinquent, Appellant. YATES COUNTY ATTORNEY, Respondent. (Appeal No. 3.) [4 NYS3d 572]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.),

entered May 12, 2014 in a proceeding pursuant to Family Court Act article 3. The order, among other things, adjudged that respondent is a juvenile delinquent and placed him in the custody of the Yates County Department of Social Services for a period of 12 months.

It is hereby ordered that the order so appealed from is unanimously modified on the law by vacating the disposition and as modified the order is affirmed without costs and the matter is remitted to Family Court, Yates County, for further proceedings in accordance with the same memorandum as in *Matter of Jacob A.T.* ([appeal No. 1] 126 AD3d 1550 [2015]). Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.

NIKIA WASHINGTON, Respondent, v TOWN OF GREECE et al., Appellants. [6 NYS3d 852]—

Appeals from an order of the Supreme Court, Monroe County (Robert B. Wiggins, A.J.), entered May 10, 2013. The order denied in part defendants' motions for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously modified on the law by granting those parts of the motion of defendants Robert Vetere, Greece Mall, and Wilmorite, Inc., with respect to the causes of action for false arrest, false imprisonment, and malicious prosecution, and dismissing those causes of action against them, and as modified the order is affirmed without costs.

Memorandum: Defendants Town of Greece, Greece Police Department, former Chief of Police Merritt Rahn, Police Officer Robert Downs, and Lieutenant Stephen P. Wise (Greece defendants), and defendants Robert Vetere, Greece Mall, and Wilmorite, Inc. (Mall defendants), appeal from an order which, insofar as appealed from, denied those parts of their motions for summary judgment seeking dismissal of plaintiff's causes of action alleging false arrest, false imprisonment, malicious prosecution, and assault and battery. The Greece defendants also appeal from that part of the order that denied their motion for summary judgment seeking dismissal of the cause of action for